UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
(at Knoxville)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 3: 13-10-DCR |
| V. | ) ) | |
| CLIFFORD LEON HOUSTON, | ) ) | **MEMORANDUM ORDER** |
| Defendant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is pending for consideration of *pro se* Defendant Clifford Leon Houston's Motion to Adopt and Argue Motion to Recuse or Remand Filed by Defendant's Brother in Criminal Case No. 3: 13-CR-9. [Record No. 102] In essence, the defendant seeks leave to adopt his brother Rocky Joe Houston's motion for recusal of the undersigned, which was filed in connection with his brother's pending criminal action. [*Id.*; *see also United States v. Rocky Joe Houston*, Criminal Action No. 3: 13-09 (E.D. Tenn. 2013), Record No. 60.] Because each of the brother's motions for the undersigned to recuse are wholly without merit, the relief sought by Defendant Clifford Leon Houston will be denied.

The defendant previously moved this Court for recusal of the undersigned. However, his request was denied on April 24, 2013. [Record Nos. 77, 83] His brother's motion for the undersigned to recuse was also found to be without merit and denied. [*See Rocky Joe Houston*, Criminal Action No. 3: 13-09, Record Nos. 60, 61.] In support of Defendant Rocky Joe Houston's motion for recusal — the motion Defendant Clifford Leon Houston now seeks to

adopt — he cited alleged issues of judicial bias and conflicts of interest. [*See Rocky Joe Houston*, Criminal Action No. 3: 13-09, Record Nos. 60] These allegations are no different than those contained in Defendant Clifford Leon Houston's initial motion for the undersigned to recuse. [Record No. 77] For the same reasons the defendant's first motion to recuse and his brother's motion to recuse were denied, his current motion will be denied as well.

The defendant's attempt to regurgitate both his and his brother's prior hollow arguments will not provide him the relief he seeks. It has become abundantly clear from both the defendant and his brother's filings that these defendants intend to file wholly frivolous motions to recuse for any judge that has heard, or could potentially hear, their criminal actions. Like each one of the defendants' prior motions for recusal, Defendant Clifford Leon Houston's latest motion will also be denied. Accordingly, it is hereby

**ORDERED** that Defendant Clifford Leon Houston's Motion to Adopt and Argue Motion to Recuse or Remand Filed by Defendant's Brother in Criminal Case No. 3: 13-CR-9 [Record No. 102] is **DENIED**.

This 30th day of May, 2013.



**Signed By:**
*Danny C. Reeves*
**United States District Judge**